FIRST COMMERCIAL BANK OF PONTIAC, Respondent, *v.* MOSES M. VALENTINE et al., Appellants.

*First Commercial Bank of Pontiac* v. *Valentine*, 163 App. Div. 709, affirmed.
(Argued March 2, 1915; decided March 16, 1915.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1914, which reversed an interlocutory judgment of Special Term sustaining a demurrer to the complaint, and overruled such demurrer in an action to recover upon an undertaking given in an action of replevin.

The following questions were certified:

' " 1. Do the facts alleged in the first cause of action in the amended complaint herein constitute a cause of action against the defendants ?

" 2. Do the facts alleged in the third cause of action in the amended complaint herein constitute a cause of action against the defendants ? "

*Abram I. Elkus, Burgess Osterhout* and *Albert I. Sire* for appellants.

*Alfred A. Wheat* for respondent.

Order affirmed, with costs. Both questions certified answered in the affirmative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.